**THE NEESE LAW FIRM**
Martha L. Neese, Esq.
14245 South 5th Street
Phoenix, AZ 85048
AZ. Bar # 010536
Telephone: 612-414-3102
marthaneese@aol.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ana Cristina Salcedo, | Civil Action No. _____ |
| Plaintiff, | |
| -v- | **COMPLAINT** |
| Unifund CCR Partners, | **WITH JURY TRIAL DEMAND** |
| Defendant. | |

## UNLAWFUL DEBT COLLECTION PRACTICES

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereafter the "FDCPA").

### II. JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, 1337.

3. Venue lies in this district pursuant to 28 U.S.C. § 1391(b).

- 1 -

## III. PARTIES

4. Plaintiff Ana Cristyna Salcedo is an adult individual residing in the city of Tucson, county of Pima, in the state of Arizona and is a consumer as the term is defined at 15 U. S. C.§ 1692a(3).

5. Defendant Unifund CCR Partners (hereinafter "Unifund") is a national buyer and seller of charged-off consumer debts. It is a corporation and a collection agency operating from 10625 Techwoods Circle, Cincinnati, OH 45242 and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## IV. FACTUAL ALLEGATIONS

6. At all times pertinent hereto, Defendant Unifund was hired by Wells Fargo Bank NV, NA to collect a credit card debt (hereafter the "debt") Wells Fargo account No. 4465 4000 1268 xxxx.

7. Plaintiff alleges this originating Wells Fargo Visa credit card is not hers.

8. Plaintiff contends she accessed Defendant Unifund's website on or about October 5, 2007 and disputed any obligation to this account to Unifund and asked Unifund for a validation of the debt.

9. Unifund responded with an October 22, 2007 letter confirming it had received Plaintiff's dispute and would process "(her) request for documentation validating this (Wells Fargo) debt.

10. Plaintiff alleges Unifund failed to send her the requested validation of debt and did not communicate with her again until February 2008.

11. Unifund in a February 22, 2008 letter instead informed her that she owed

- 2 -

$1,335.99 on the debt.

12. Plaintiff became frustrated, angry and upset by Unifund's action and inaction.

13. Plaintiff next mailed Unifund via US Certified mail a letter dated March 5, 2008.

14. Herein, Plaintiff clearly referenced the disputed account number, and for the second time requested a validation of the debt pursuant to 15 U.S.C § 1692g.

15. Plaintiff also demanded Unifund "cease and desist" in calling her at work and at home unless it was to provide the requested debt validation.

16. Plaintiff, because she feared Unifund had communicated this erroneous account to the credit reporting agencies, obtained her April 28, 2008 tri-merge credit report.

17. Herein Plaintiff read:

|                     | **Trans Union**       | **Experian**          |
|---------------------|-----------------------|-----------------------|
| Unifund Account No: | 4465 4000 1268 xxxx   | 4465 4000 1268 xxxx   |
| Condition:          | Derogatory            | Derogatory            |
| Balance:            | $1367                 | $1380                 |
| Pay Status          | Collection/chargeoff  | Collection/chargeoff  |
| Opened:             | 6/27/2007             | 6/2007                |
| Reported:           | 3/17/2008             | 4/15/2008             |

18. Plaintiff was angered that Unifund had communicated false, erroneous and damaging account information regarding this twice-disputed debt.

19. Additionally Unifund had failed to communicate that any indication that Plaintiff/consumer disputed this debt, a violation of 15 U.S.C § 1692e(8).

20. As a result of Defendant's conduct, Plaintiff has sustained actual damages, including, but not limited to, fear, emotional distress, and mental pain and anguish in addition to reducing her credit score and damaging her overall credit profile.

## V. JURY TRIAL DEMAND

21. Plaintiff demands trial by jury on all issues so triable.

## VI. FIRST CLAIM FOR RELIEF
## VIOLATION OF THE FDCPA

22. Plaintiff incorporates the preceding paragraphs as though the same were set forth at length herein.

23. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, violations of 15 U.S.C. § 1692e(8) and § 1692g as evidenced by its failure to communicate "consumer disputes" this debt.

24. Defendant's acts as described above were done with intentional, willful, reckless, wanton and negligent disregard for Plaintiff's rights under the law and with the purpose of coercing Plaintiff to pay the alleged debt.

25. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff in the sum of Plaintiff's statutory damages, actual damages and attorney's fees and costs.

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

    (a) That judgment be entered against Defendant for actual damages pursuant to 15 U.S.C. § l692k(a)(l);

    (b) That judgment be entered against Defendant for statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);

    (c) That the Court award costs and reasonable attorney s fees pursuant to 15

- 4 -

U.S.C. §1692k(a)(3); and

(d) That the Court grant such other and thither relief as may be just and proper.

DATE: June 19, 2008

By: s/Martha L. Neese
**THE NEESE LAW FIRM**
Martha L. Neese, Esq.
AZ. Bar # 010536
14245 South 5th Street
Phoenix, AZ 85048
Telephone: 612-414-3102
marthaneese@aol.com

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr. (MBN: 0249646)
367 Commerce Court
Vadnais Heights, Minnesota  55127
Telephone:  (651) 770-9707
tommycjc@aol.com

  *Not Admitted in Arizona but intending to file Motion for Admission Pro Hac Vice*

**LYONS LAW FIRM, P.A.**
Thomas J. Lyons, Sr., MBN: 65699
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
tlyons@lyonslawfirm.com

  *Not Admitted in Arizona but intending to file Motion for Admission Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFF**

- 5 -

*Salcedo v Unifund*
*Complaint w/*
*Jury Trial Demand*