IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ana Cristina Salcedo, | ) | No. CV 08-365-TUC-FRZ |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Unifund CCR Partners, | ) | |
| Defendant. | ) | |

    The Court has been informed that the parties have reached a settlement. The parties shall file their closing documents no later than **November 17, 2008**.

    DATED this 17th day of October, 2008.

FRANK R. ZAPATA
United States District Judge