IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ana Cristina Salcedo,<br><br>  Plaintiff,<br><br>v.<br><br>Unifund CCR Partners,<br><br>  Defendant. | No. CV 08-365-TUC-FRZ<br><br>**ORDER** |

Pursuant to the stipulation of the parties, it is hereby ordered that this case is dismissed with prejudice with the parties to bear their own costs and attorneys' fees.

DATED this 12th day of January, 2009.

FRANK R. ZAPATA
United States District Judge